SAMANTHA A. MARTIN
Nevada Bar No. 12998
SMartin@richardharrislaw.com
**RICHARD HARRIS LAW FIRM**
801 South Fourth St.
Las Vegas, NV 89101
Tel.: (702) 444-4444
Fax: (702) 444-4455

Attorneys for Plaintiff JOSEPH RAMON

NICOLE M. HAMPTON
Nevada Bar No. 16090
nhampton@lawhhp.com
**HINES HAMPTON PELANDA, LLP**
400 South 4th Street, Suite 500
Las Vegas, NV 89101
Tel.: (702) 933-7829
Fax: (702) 947-6757

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH RAMON, individually<br><br>Plaintiff,<br><br>v<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA;  DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | **Case No.:  2:22-cv-01618-GMN-EJY**<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE AND WITHDRAWAL OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 16]** |

**TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Joseph Ramon ("Plaintiff") and Defendant Nationwide Insurance

1

Company of America ("NICOA"), by and through their attorneys of record, having entered into a written confidential settlement agreement, and pursuant to *Federal Rules of Civil Procedure* 41(a), hereby stipulate and agree to dismiss the above-referenced action in its entirety, with prejudice.

Defendant also requests that its Motion for Summary Judgment filed on March 17, 2023 [ECF Document No. 16] be withdrawn and that no ruling or order be issued in relation to it.

The parties have agreed that each side shall bear its own costs and fees.

Dated: July 19, 2023              **RICHARD HARRIS LAW FIRM**

                                  By:   /s/ *Samantha A. Harris*
                                        Samantha A. Harris
                                        *Attorneys for Plaintiff*

Dated: July 19, 2023              **HINES HAMPTON PELANDA, LLP**

                                  By:   /s/ *Nicole M. Hampton*
                                        Nicole M. Hampton
                                        *Attorneys for Defendant*

ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on July 19, 2023, I received concurrence from Plaintiff's counsel, Samantha A. Harris, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 19, 2023.

                                        /s/ *Nicole M. Hampton*
                                        Nicole M. Hampton

**ORDER**

Based on the parties' stipulation herein, and good cause appearing,

**IT IS HEREBY ORDERED** that this action shall be and hereby is dismissed in its entirety, with prejudice, with each side to bear its own fees and costs, and Defendant's Motion for Summary Judgment [ECF Document No. 16] is hereby WITHDRAWN.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
**U.S. District Judge Gloria M. Navarro**

Dated: _____July 19, 2023_____

**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE AND WITHDRAWAL OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 16]**